*State, Respondent, v. Daley, Petitioner*, No. 92770-7. Petition for review of a decision of the Court of Appeals, No. 71956-4-I, December 28, 2015, 192 Wn. App. 1001. *Denied* June 1, 2016.

*In re Estate of Evans*, No. 92773-1. Petition for review of a decision of the Court of Appeals, No. 69214-3-I, December 21, 2015, 191 Wn. App. 1048. *Denied* June 1, 2016.

*Arp, Respondent, v. Riley et al., Petitioners*, No. 92780-4. Petition for review of a decision of the Court of Appeals, No. 72613-7-I, December 28, 2015, 192 Wn. App. 85. *Denied* June 1, 2016.

*State, Respondent, v. Richter, Petitioner*, No. 92784-7. Petition for review of a decision of the Court of Appeals, No. 46297-4-II, January 12, 2016, 192 Wn. App. 1009. *Denied* June 1, 2016.

*State, Respondent, v. Cherry, Petitioner*, No. 92786-3. Petition for review of a decision of the Court of Appeals, No. 45396-7-II, November 24, 2015, 191 Wn. App. 456. *Denied* June 1, 2016.

*Sandy Family Five, LLC, Petitioner, v. Brown et al., Respondents*, No. 92793-6. Petition for review of a decision of the Court of Appeals, No. 47222-8-II, December 1, 2015, 191 Wn. App. 1032. *Denied* June 1, 2016.

*State, Respondent, v. Slane, Petitioner*, No. 92817-7. Petition for review of a decision of the Court of Appeals, No. 72001-5-I, January 19, 2016, 192 Wn. App. 1013. *Denied* June 1, 2016.

*State, Respondent, v. Michel, Petitioner*, No. 92818-5. Petition for review of a decision of the Court of Appeals, No. 32862-7-III, December 17, 2015, 191 Wn. App. 1047. *Denied* June 1, 2016.